In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-033 CV


____________________



CHARLES CHENOWITH, Appellant



V.



BERNADETTE CHENOWITH, Appellee






On Appeal from the County Court at Law No. 4


Montgomery County, Texas


Trial Cause No. 04-07-05748-CV






MEMORANDUM OPINION (1)


 The appellant, Charles Chenowith, filed a motion to dismiss this appeal. The Court finds
that this motion is voluntarily made by the appellant prior to any decision of this Court and should
be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. The motion to
dismiss is granted and the appeal is therefore dismissed. APPEAL DISMISSED.

 PER CURIAM

Opinion Delivered May 5, 2005

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.